No. 12–5125. SHERROD v. JOHNSON ET AL. C. A. 11th Cir.; and
No. 12–5592. DOVER v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma*

*pauperis* denied. Petitioners are allowed until October 30, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.